UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

EMILIO PINERO,
    Plaintiff,
vs.

SOUTH FLORIDA RESEARCH & DEVELOPMENT, INC.,
    Defendant(s).

Case No: 22-cv-23821-JAL

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, EMILIO PINERO, and Defendant, SOUTH FLORIDA RESEARCH & DEVELOPMENT, INC., by and through their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action *with prejudice* against Defendant, SOUTH FLORIDA RESEARCH & DEVELOPMENT, INC., with each party to bear their own attorney's fees and costs except as otherwise agreed in writing.

Respectfully submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
  *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
(305) 900-2373
GGoldstein@G2Legal.net

s/ Todd W. Shulby
Todd W. Shulby (FBN: 068365)
Attorney for Defendants
Todd W. Shulby, P.A.
1792 Bell Tower Lane
Weston, Florida 33326
(954) 530-2236
tshulby@shulbylaw.com

s/ Lauren N. Wassenberg
Lauren N. Wassenberg (FBN: 34083)
  *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
33 SE 4th St., Ste. 100
Boca Raton, FL 33432
(561) 571-0646
WassenbergL@gmail.com